IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR249 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOUGLAS W. BIVENS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the parties' joint oral motion to continue the change of plea hearing is granted.  The change of plea for the defendant is rescheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 3, 2005, at 8:30 a.m.**  Since this is a criminal case, the defendant shall be present, unless excused  by the court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

    DATED this 13th day of September, 2005.

                                             BY THE COURT:

                                             s/ Joseph F. Bataillon
                                             JOSEPH F. BATAILLON
                                             United States District Judge