IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR249 |
| vs. | ) | |
| | ) | |
| DOUGLAS W. BIVENS, | ) | **ORDER** |
| | ) | **NUNC PRO TUNC** |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 28th day of December, 2005, this matter comes on before the Court upon the Plaintiff's Motion for Order Nunc Pro Tunc. The Court reviews the file and the Final Order of Forfeiture filed December 5, 2005. The Court, being duly advised of the premises, finds as follows:

1. On December 5, 2005, this Court entered a Final Order of Forfeiture (Filing No. 31) sustaining the Plaintiff's Motion for Final Order of Forfeiture.

2. This Court finds there was an error made in the preparation of this document. The amount of currency was listed incorrectly on the Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A) This Court's previous Order, dated December 5, 2005, is hereby amended to reflect the correct amount of currency, $394.00.

BY THE COURT:

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, Chief Judge**
**United States District Court**